UNITED STATES DISTRICT COURT
SOUTHERN OHIO DISTRICT
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                        **Case No. CR-2-08-0015**

                                           **Judge Smith**

**TIMOTHY L. LANTZ,**

    **Defendant.**

## **OPINION & ORDER**

Defendant Timothy L. Lantz has been named in a multiple count Indictment, charging him with offenses related to receipt and transportation of child pornography. This matter is before the Court on Defendant's Motion in Limine Requesting an Order Explicitly Requiring the Government to Comply With the Rules of Authentication Regarding any Image and Video Evidence it Intends to Use in This Matter (Doc. 27). The Government has filed its Memorandum Contra Defendant's Motion in Limine (Doc. 28). For the reasons that follow, Defendant's Motion in Limine is **DENIED**.