**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                     **CASE NO.: 2:08-CR-015
JUDGE SMITH
MAGISTRATE JUDGE ABEL**

**TIMOTHY L. LANTZ,**

    **Defendant.**

### ORDER

On May 6, 2009, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Timothy L. Lantz's guilty plea to Counts One and Nine of the Superceding Indictment. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11(b) of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 10 days of the issuance of the Report and Recommendation. Defendant did not file any objections. Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Counts One and Nine of the Superceding Indictment. Defendant is hereby adjudged guilty on Counts One and Nine.

    **IT IS SO ORDERED.**

                                                    */s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**